# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

**Date:  September 14, 2006**

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar
Probation Officer:   Tom Meyer

_____

**Criminal Case No.  05-cr-00382-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Suneeta Hazra |
| v. | |
| WILLIAM LAMONT GREENWELL, | Without counsel |
| *a/k/a Michael Denard Johnson,* | |
|         Defendant. | |

_____

## COURTROOM  MINUTES
_____

**Hearing: Status Hearing**

**9:19 a.m.     Court in session.**

The Defendant is present in court.

Appearances of counsel.

Opening statements by the court.

The Defendant informs the court that he does not want new counsel appointed.

The Court has been informed that Mr. Greenwell has met with the Social Security Administration, and that it is prepared to issue Mr. Greenwell a new Social Security card and account in the name of Michael Denard Johnson.

The Court informs Mr. Greenwell that he will have to use his original date of birth for all purposes.

1

**ORDERED:**   1.   That the Defendant's motion requesting new counsel, [#65] filed August 24, 2006, is **DENIED as MOOT**; and

2. That the Defendant shall meet with the Probation Officer, Mr. Tom Meyer, immediately after this hearing to schedule an appointment to review proposed modifications of his supervised probation.

**9:27 a.m.     Court in recess.**

*Total in court time: :08 minutes - Hearing concluded*