FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2008 MAR 27 PM 3:04
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00382-REB-01

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM LAMONT GREENWELL,

Defendant.

## ORDER TERMINATING PROBATION

The court having been notified by the Probation Office that on March 14, 2008, the above-referenced defendant was declared deceased. It is, therefore,

ORDERED that the term of probation be terminated.

DATED at Denver, Colorado, this 24th day of March, 2008.

BY THE COURT:

Rob Blackburn
Robert E. Blackburn
United States District Judge